IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERNEST BRAXTON DIGGS, JR.,** : <br> AIS 204578, <br>     Petitioner, <br> vs. <br> **CHRISTOPHER GORDEY,** Warden of <br> Limestone Correctional Facility, <br>     Respondent. | CA 15-0442-CG-C |

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 9, 2015, is **ADOPTED** as the opinion of this Court.

**DONE** this 23rd day of September, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE